# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

FILED '24 01 16 PM12:51 MDGA-ALB

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| VS. | : | 7:23-CR-79 (HL) |
| | : | |
| **ALBERT WAYNE WOODS,** | : | |
| Defendant. | : | |

## ORDER

The above-named Defendant appeared this day before the undersigned for an Initial Appearance and Arraignment pursuant to Rules 5 and 10 of the Federal Rules of Criminal Procedure. The Government has moved for pre-trial detention of Defendant. Defendant, represented by court-appointed counsel, consented to federal pre-trial detention at this time in this matter in light of pending state charges. Defendant reserved the right to seek a detention hearing at a later time should those state charges be dismissed or should Defendant otherwise become able to satisfy a bond on the pending state charges. **Defendant is accordingly ordered detained and is remanded to the custody of the U. S. Marshal.**

Defendant is hereby committed to the custody of the Attorney General of the United States or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**SO ORDERED**, this 16th day of January, 2024.

THOMAS Q. LANGSTAFF
UNITED STATES MAGISTRATE JUDGE