# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : CASE NO.: 7-23-CR-79 (LAG) |
| ALBERT WAYNE WOODS, | : |
| Defendant. | : |

## ORDER

At the July 30, 2024, hearing, the Court granted Defendant Wood's Counsel's, Timothy R. Saviello's, Motion to Withdraw as Counsel and for Appointment of New Counsel. (Docs. 27, 30). Accordingly, the Magistrate Judge is **DIRECTED** to appoint substitute counsel to represent Defendant in the remaining proceedings.

**SO ORDERED**, this 1st day of August, 2024.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**